The People of the State of New York, Respondent,
against
Jose Robles, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (James M. Burke, J.), rendered February 28, 2012, after a jury trial, convicting him of assault in the third degree and criminal possession of a weapon in the fourth degree, and imposing sentence.




Per Curiam.
Judgment of conviction (James M. Burke, J.), rendered February 28, 2012, affirmed.
The verdict convicting defendant of assault in the third degree (see Penal Law § 120.00[1]) and criminal possession of a weapon in the fourth degree (see Penal Law 265.01[2]) was supported by legally sufficient evidence and was not against the weight of the evidence, which showed that defendant struck the female victim in the face with a glass liquor bottle, breaking her nose in two places, and causing intense pain and bleeding. Issues of credibility, including the weight to be given to minor discrepancies and inconsistencies in testimony, were properly considered by the jury and there is no basis for disturbing its determinations (see People v Romero, 7 NY3d 633, 642 [2006]; People v Roman, 111 AD3d 417 [2013], lv denied 23 NY3d 1067 [2014]; People v Baksh, 43 AD3d 1072, 1073 [2007], lv denied 9 NY3d 989 [2007]). We do not find the victim's credited account of the altercation to be unreliable or implausible.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 24, 2017